# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON

**CIVIL ACTION NO. 05-120-DLB**

**JAMES KRUER, as Guardian Ad Litem**
**for and on behalf of S.K. and D.K., minors**                          **PLAINTIFF**


vs.                                        **JUDGMENT**


**ALBERTO GONZALES, Attorney General**
**of the United States, et al.**                                        **DEFENDANTS**


******************************

Pursuant to the Memorandum Opinion and Order filed concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **granted** for Defendants, and that this matter is hereby **dismissed with prejudice**, and **stricken** from the docket of this Court.

This is a final and appealable order.

This 28th day of June, 2005.

Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\Opinions\2-05-120-Judgment.wpd

dockets.Justia.com