UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 05-120-DLB

JAMES KRUER, as Guardian Ad Litem
for and on behalf of S.K. and D.K., minors                    PLAINTIFF

vs.                          **JUDGMENT**

ALBERTO GONZALES, Attorney General
of the United States, et al.                                  DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the Memorandum Opinion and Order filed concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **granted** for Defendants, and that this matter is hereby **dismissed with prejudice**, and **stricken** from the docket of this Court.

This is a final and appealable order.

This 28th day of June, 2005.

Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\Opinions\2-05-120-Judgment.wpd